IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| COLONY RIDGE DEVELOPMENT, LLC, GRAND SAN JACINTO PROPERTY OWNERS ASSOCIATION, INC., LIBERTY MONTEBELLO PROPERTY OWNERS ASSOCIATION, INC., and CAMINO REAL SUBDIVISION PROPERTY OWNERS ASSOCIATION, INC. § § § § § § § § | Civil Action No. 1:16-CV-00138-MAC |
| Plaintiffs, § § | |
| VS. § § | |
| CITY OF PLUM GROVE and MAYOR LEE ANN PENTON-WALKER § § § | |
| Defendants. § | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Colony Ridge Development, LLC, Grand San Jacinto Property Owners Association, Inc., Liberty Montebello Property Owners Association, Inc., and Camino Real Subdivision Property Owners Association, Inc. (collectively "Plaintiffs") in the above-entitled and numbered cause, by and through the undersigned counsel, hereby give notice that the above-captioned cause is voluntarily dismissed, without prejudice, as to all Parties.

This voluntary dismissal is effective as to this suit only, wherein Lee Ann Penton-Walker has been sued solely in her capacity as Mayor of Plum Grove. This dismissal has no effect on any claims or causes of action pending against Lee Ann Penton-Walker, in her individual capacity in Cause No. CV-16-10506, *Colony Ridge Development, LLC, et al, v. Lee Ann Penton-Walker*, in the 75th Judicial District Court of Liberty County, Texas, or any claims or causes of action pending against City of Plum Grove, Defendant herein, in Cause No. CV-16-10427, *Colony Ridge Development, LLC v. City*

4827-3703-7621.v1

*of Plum Grove, et al.*, in the 253rd Judicial District Court of Liberty County, Texas. The Claims in CV-16-10506 and CV-16-10427 are expressly reserved by Plaintiff.

Respectfully submitted,

By: /s/ Robert N. Hancock, Jr.
Robert N. Hancock, Jr., *attorney-in-charge*
Texas Bar No. 24036719
Tiffany A. Harrod
Texas Bar No. 24059939
C. Mauricio Escobar
Texas Bar No. 24057839
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
rhancock@coatsrose.com
tharrod@coatsrose.com
mescobar@coatsrose.com
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

**OF COUNSEL**
COATS ROSE, PC

**ATTORNEYS FOR COLONY RIDGE DEVELOPMENT, LLC, GRAND SAN JACINTO PROPERTY OWNERS ASSOCIATION, INC., LIBERTY MONTEBELLO PROPERTY OWNERS ASSOCIATION, INC. AND CAMINO REAL SUBDIVISION PROPERTY OWNERS ASSOCIATION, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record were served with a copy of this document pursuant to Local Rule CV-5(d) this 26th day of July, 2016.

/s/ Robert N. Hancock, Jr.
Robert N. Hancock, Jr.

*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*
PAGE **2** OF **2**
4827-3703-7621.v1